No. 63223.—Leviant International, Inc. *v.* United States, protests 58/24706 and 58/24707 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

No. 63224.—Industrial Chemical & Dye Co. *v.* United States, protest 58/24708 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63225.—Air Clearance Assn., Inc. *v.* United States, protest 58/25288 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 63226.—International Packers Commercial Division of International Packers, Ltd. *v.* United States, protests 292850–K and 296958–K (New York).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the merchandise consists of cooked boneless cow beef, not packed in airtight containers and not cured or pickled, the claim of the plaintiff was sustained.

No. 63227.—C. J. Tower & Sons *v.* United States, protest 218649–K (Buffalo).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the items described as pork backs consist of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

No. 63228.—P. John Hanrahan, Inc. *v.* United States, protest 58/24664 (New York.)

Opinion by DONLON, J. The protest was dismissed.

No. 63229.—Art News *v.* United States, protest 58/21486 (New York).

Opinion by DONLON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.